UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CHARLES RICHARD OLIVER,

*Plaintiff*

v.

SPOKANE COUNTY FIRE DIST. 9,
and FIRE CHIEF ROBERT ANDERSON,

*Defendant*

Civil Action No.  CV-12-00176-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered in favor of Defendants and against Plaintiff. The First Amended Complaint and claims therein are dissmissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Quackenbush  on a motion for Summary Judgment.

Date:  August 5, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Jaime M. White
*(By) Deputy Clerk*

Jaime M. White